Jurisdiction is relinquished.

### COMMONWEALTH of Pennsylvania, Appellant,

v.

### William M. VILLA, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 11, 1999.
Decided Sept. 9, 1999.

Joseph C. Madenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., District Attorney's Office, for Com.

James J. Karl, Sam Encarnacion, Lancaster, Public Defender's Office, for William M. Villa.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated May 20, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.